UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>                         Plaintiff,<br><br>     v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                         Defendants. | Case No. 3:24-cv-00054-ART-CSD<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CASE |

State prisoner Tyrone Nunn, who has filed many pro se lawsuits in this district, submitted a document titled "State Civil Rights Complaint" that is not a proper complaint but might be a motion to consolidate other actions. (ECF No. 1-1). Because Nunn did not identify a case number in the document's caption, the Clerk's Office docketed this filing as a new action. Having reviewed the document, the Court finds that Nunn intended to file it in an existing action and did not intend to initiate a new action. This case will be administratively closed because it was filed in error, and the Court will return the initiating document back to Nunn. If Nunn wishes to file the document in one of his open cases, then he must list the case number in the caption of the document. *See* Nev. LR IA 10-2 (detailing the required format for filed documents).

It is therefore ordered that the Clerk of the Court will administratively close this case and send plaintiff Tyrone Nunn a courtesy copy of his filing (ECF No. 1-1). Nunn is cautioned that no other documents may be filed in this now-closed case.

DATED this 20th day of November 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE